IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESUS RODRIGUEZ SANTIAGO,            :
            Plaintiff,            :
                        :
      v.            :            **Civ. No. 11-476**
                        :
MICHAEL ASTRUE            :
Commissioner of Social Security,            :
           Defendant.            :
                        :

## O R D E R

      **AND NOW**, this 6th day of August, 2012, after careful and independent consideration of the

Report and Recommendation, it is hereby **ORDERED** as follows:

1.  The Objections to the Report and Recommendation *(Doc. No. 29)* are **SUSTAINED** in part,

    and **OVERRULED** in part;

2.  The Report and Recommendation *(Doc. No. 27)* is **DISAPPROVED** and **REJECTED;**

3.  This mater is **REMANDED** to the Commissioner for further review consistent with 42

    U.S.C. § 405(g) and this Order;

4.  In all other respects, Plaintiff's Motion for Summary Judgment and Request for Review

    *(Doc. No. 14)* is **DENIED**; and

5.  The Clerk of Court shall **CLOSE** this mater statistically.


                                        **AND IT IS SO ORDERED.**


                                        */s/ Paul S. Diamond*
                                        _____
                                          Paul S. Diamond, J.